

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-95,897-01

### EX PARTE RAY DON WILSON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W-1875289-A IN THE 291ST DISTRICT COURT
### FROM DALLAS COUNTY

*Per curiam*.

## O P I N I O N

Applicant was convicted of murder and sentenced to seventy years' imprisonment. The Fifth Court of Appeals affirmed his conviction. *Wilson v. State*, No. 05-19-01131-CR (Tex. App.—Dallas June 15, 2022) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends, among other things, that he was not timely informed that his conviction had been affirmed because he was transferred to a different unit within the Texas Department of Criminal Justice. Based on the record, Applicant is entitled to relief due to a "breakdown in the system." *Ex parte Riley*, 193 S.W.3d 900 (Tex. Crim. App. 2006).

Relief is granted. Applicant may file an out-of-time petition for discretionary review of the judgment of the Fifth Court of Appeals in cause number 05-19-01131-CR. Should Applicant decide to file a petition for discretionary review, he must file it with this Court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: November 27, 2024
Do not publish